EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                          | 2008 TSPR 171      |
|                                 |                    |
| Harry Bracer Natal              | 175 DPR ____       |

Número del Caso: TS-5148

Fecha: 24 de octubre de 2008

Abogado de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Baja Voluntaria al ejercicio al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Harry Bracer Natal                    TS-5148

RESOLUCION

San Juan, Puerto Rico, a 24 de octubre de 2008.

Evaluada la "Moción Solicitando Autorización a Baja Voluntaria" presentada por el Colegio de Abogados de Puerto Rico, se autoriza la baja voluntaria del Lcdo. Harry Bracer Natal al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo